# Third District Court of Appeal

## State of Florida

Opinion filed November 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0202
Lower Tribunal No. 22-10250
_____

**Quesada Valdes PLLC,**
Appellant,

vs.

**1313 Ponce de Leon Building, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

Sheehe & Associates, P.A., and Phillip J. Sheehe and Johanna E. Sheehe, for appellant.

Damian | Valori | Culmo, and Peter F. Valori and Joseph A. Seara, for appellee.

Before EMAS, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Chowdhury v. BankUnited, N.A.</u>, 366 So. 3d 1130, 1134 (Fla. 3d DCA 2023) ("When opposing parties tell two different stories, one of which is blatantly contradicted by the record, so that no reasonable jury could believe it, a court should not adopt that version of the facts for purposes of ruling on a motion for summary judgment." (quotation omitted)).